# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL TRIAL MINUTES

Time in Court: 1 hour 15 minutes

**JUDGE:  JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  December 4, 2013           **Court Reporter**: Lydia Zinn

**CASE NO.: CR-12-0054 JSW**

**TITLE:  UNITED STATES   v.    PATRICK SOGBEIN (01)**
**ADEBOLA ADEFUNKE ADEBIMPE (02)**
**EDUARDO ABAD (04) with Tagalog Interpreter:**

**COUNSEL FOR GOVERNMENT:**           **COUNSEL FOR DEFENDANT:**

Denise Barton                                            Steven Gruel (01)
Randall Luskey                                       Suzanne Morris (02)
                                                     Christopher Cannon (04)

**PROCEEDINGS:**    **Jury Trial (Day 13)**

(SEE ATTACHED TRIAL LOG)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CASE NO.: CR-12-0054 JSW**
**TITLE:  UNITED STATES   v.   PATRICK SOGBEIN (01)**
                                                        ADEBOLA ADEFUNKE ADEBIMPE (02)
                                                        EDUARDO ABAD (04) with Tagalog Interpreter: Dennis Fernandez
                                                                                                                                                Caroline Carrera

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **DISTRICT JUDGE** JEFFREY S. WHITE | **GOVERNMENT ATTORNEY:** Denise Barton  Randall Luskey | **DEFENSE ATTORNEY**: Steven Gruel  Suzanne Morris  Christopher Cannon |
|---|---|---|
| **TRIAL DATE:** December 4, 2013 | **REPORTER(S):** Lydia Zinn | **COURTROOM DEPUTY**: Jennifer Ottolini |

| **GOVT NO.:** | **DEFT NO.:** | **TIME** | **ID** | **ADM** | **DESCRIPTION** |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | The jury having all assembled in the jury room, retired to continue deliberations (unreported). |
| | | 9:45 a.m. | | | The jury has sent a note to the Court indicating they have reached a verdict and would like a 15-minute break.  The jury is on a 15-minute break. |
| | | 10:01 a.m. | | | Court convened.  All counsel are present.  The Defendants are present.  Defendant Abad is assisted by the Tagalog Interpreter.  The jury is not present. |
| | | 10:03 a.m. | | | The jury is present.  The verdict is submitted to the Court. |
| | | 10:04 a.m. | | | The verdict is read in open court. |
| | | 10:12 a.m. | | | The defendants requested the Court poll the jury.  The jury is polled by the Court. |
| | | 10:14 a.m. | | | The jury is thanked and excused.  The Government moved for remand of Defendant's Sogbein and Adebimpe.  Court and counsel discuss custody status of each defendant. |
| | | 10:33 a.m. | | | Court is in recess. |
| | | 11:02 a.m. | | | Court reconvened.  All counsel are present.  The Defendants are present.  Defendant Abad is assisted by the Tagalog Interpreter.  The Court heard argument from counsel re: remand / additional bond conditions. |

**CASE NO.: CR-12-0054 JSW**
**TITLE: UNITED STATES v. PATRICK SOGBEIN (01)**
   **ADEBOLA ADEFUNKE ADEBIMPE (02)**
   **EDUARDO ABAD (04) with Tagalog Interpreter: Dennis Fernandez**
   **Caroline Carrera**

**EXHIBIT and WITNESS LIST**
Continued

| GOVT NO.: | DEFT NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:32 a.m. | | | Motion for Additional Release Conditions as to Defendant Adad: Denied - Defendant Abad shall remain on the same conditions of release as previously imposed with the addition of increased reporting to Pretrial Services at the discretion of the Pretrial Services Officer. <br><br> Motion for Remand as to Defendant Sogbein: GRANTED <br><br> Motion for Remand as to Defendant Adebimpe: GRANTED <br><br> The Defendants are referred to the U. S. Probation for the preparation of a presentencing report. <br><br> All defendants are continued to **March 20, 2014 at 2:00 p.m.** for Sentencing <br><br> Counsel orally renewed their Rule 29 motions. The Court directed counsel to formally file their motions. |
| | | 11:44 a.m. | | | Court is adjourned. |

3